IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,

  v.                                                                       NO. CIV. S-07-1509 GGH

INTERSTATE BRANDS CORPORATION, et al.,

      Defendants.                          <u>ORDER</u>

_____/

      The case is before the undersigned pursuant to 28 U.S.C. § 636(c) (consent to proceed before a magistrate judge). For some unknown reason, this case did not come to this court's attention until the present time. In their joint status report, the parties stipulated to the court's Voluntary Dispute Resolution Program.

      Accordingly, IT IS ORDERED that:

      1. This case is referred to the Voluntary Dispute Resolution Program; and

\\\\\

\\\\\

\\\\\

\\\\\

      2. The parties are directed to inform the court in 90 days whether the program successfully resolved the case. The court will not further schedule this case unless the parties advise that the Voluntary Dispute Resolution Program was not successful.

DATED: 09/25/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH/076:Johnson1509.vdrp.wpd