IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                       No. CIV S-07-1509 GGH

    vs.

INTERSTATE BRANDS CORP., et al.,

      Defendants.               <u>ORDER</u>

_____/

        The parties have stipulated to dismiss this action.  Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

        Accordingly, the Clerk of Court shall close this case.

DATED: December 8, 2009

                              /s/ Gregory G. Hollows

                         UNITED STATES MAGISTRATE JUDGE

GGH:076
Johnson1509.59.wpd